Ex parte
Weed.

## *Ex parte* WEED.

An appeal bond must recite the precise amount of the judgment before the justice.

ON appeal from a justice's judgment, to the C. P. of St. Lawrence, the justice's return stated a judgment before him in the cause of *Weed* v. *White*, of $4 25 for the defendant ; but the repeal bond recited a judgment in a cause between the same parties, of $5 00 for the defendant.

The trial coming on, the common pleas refused, for the above reason (and another which it is not material to notice) to proceed in the trial, and quashed the appeal.

A motion was now made for a mandamus to compel them to proceed with the trial.

*H. Allen*, for the motion.

*S. Wright*, Jun. contra

*Curia.* The common pleas were right in quashing the appeal for the variance. There might well be two judgments between the parties ; one for $5, and the other for $4 25. In an action by the appellee upon the bond, the judgment recited by it could not, without matter *aliunde*, appear to be the same as the one revised upon the appeal. We do not say whether such matter could be received; but, at any rate, he ought not to be put to such a doubtful remedy, as this bond would afford him. We have uniformly required great strictness in prosecuting these appeals and we felt ourselves justified in this course, from the language of the statute.

Motion denied.